450 A.2d 1062

Commonwealth v. Warren, Appellant.

Petition for Allowance of Appeal
Denied Dec. 28, 1982.

Submitted March 30, 1982. Allen N. Abrams, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Edward J. Blake is affirmed.